**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **SHANE CHESSER,** | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-96 |
| **ZIDAN MANAGEMENT GROUP, INC.,** | **JUDGE DOUGLAS R. COLE** |
| Defendant. | |

**CONDITIONAL ORDER OF DISMISSAL WITH PREJUDICE**

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that either Party may, within thirty (30) days and upon good cause shown, reopen the action if settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the Parties.

**SO ORDERED.**

May 21, 2025
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**